IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHEN A. KOBLE                                                                   PLAINTIFF

v.                                      5:19CV00298-BRW-JTK

MARK GOBER, et al.                                                              DEFENDANTS

## ORDER

I have received proposed findings and recommendations (Doc. No. 6) from United States Magistrate Judge Jerome T. Kearney. On November 6, 2019, Plaintiff provided a new mailing address and requested leave to file an amended complaint.

The Motion for Leave to File Amended Complaint (Doc. No. 7) is GRANTED, and the proposed findings and recommendations (Doc. No. 6) is DENIED as MOOT. Plaintiff must file an Amended Complaint by 5 p.m., Thursday, December 5, 2019, or this case will be dismissed. The Clerk of the Court is directed to send Plaintiff another copy of the proposed findings and recommendations, in case he did not receive it the first time.

IT IS SO ORDERED this 7th day of November, 2019.


                         Billy Roy Wilson_____
                         UNITED STATES DISTRICT JUDGE