# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STEPHEN A. KOBLE                                                                                                 PLAINTIFF

v.                                          5:19CV00298-BRW-JTK

MARK GOBER                                                                                           DEFENDANT

## MEMORANDUM AND ORDER

      Plaintiff filed this pro se action pursuant to 42 U.S.C. § 1983 while incarcerated at the Drew County Detention Center. (Doc. No. 2) When he failed to submit an amended complaint in accordance with the Court's September 17, 2019 Order (Doc. No. 4), the Court recommended that his Complaint be dismissed for failure to state a claim upon which relief may be granted. (Doc. No. 6) Plaintiff then filed a Motion to Amend and Notice of change of address to the East Arkansas Regional Unit of the Arkansas Division of Correction (Doc. No. 7). By Order dated November 7, 2019, the Court granted his Motion, denied as moot the recommendation to dismiss, and directed him to file an amended complaint by December 5, 2019. (Doc. No. 8) The Court later granted Plaintiff's Motion to Extend Time on January 7, 2020 and directed him to submit the amended complaint within thirty days. (Doc. No. 12) Copies of documents sent to the Plaintiff at his last-known address were returned to the Court as undeliverable on January 21, 2020, January 24, 2020, and January 28, 2020 (Doc. Nos. 13-15). As of this date, Plaintiff has not submitted the amended complaint as set forth in the November 7, 2019 Order.

      Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to the Court's Orders, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 13th day of February, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE