# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STEPHEN A. KOBLE                                                                                    PLAINTIFF

v.                                         5:19CV00298-BRW-JTK

MARK GOBER                                                                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of February, 2020.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE